**CSD 1173** [10/17/05]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Debtor.

BANKRUPTCY NO.

**NOTICE OF HEARING ON OBJECTION TO CONFIRMATION
OF CHAPTER 13 PLAN**

TO:

    **YOU ARE HEREBY NOTIFIED** that on _____, at _____.m., in Department No. ___, Room _____, of the Jacob Weinberger United States Courthouse, located at 325 West "F" Street, San Diego, California 92101-6991, there will be a hearing regarding the attached Objection to Confirmation of the Debtor's Chapter 13 Plan filed by _____.
(*Insert Name of Objecting Party*)

    Any reply or other response to this objection must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, THE EARLIER OF SEVEN (7) DAYS FROM DATE OF SERVICE OR THREE (3) <u>COURT</u> DAYS PRIOR TO THE HEARING.

DATED:

_____
[Attorney for] Objecting Party

**<u>THIS NOTICE MUST BE ACCOMPANIED BY YOUR WRITTEN OBJECTION TO THE CHAPTER 13 PLAN
PURSUANT TO LOCAL BANKRUPTCY RULE 3015-4</u>**

CSD 1173

**CERTIFICATE OF SERVICE**

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on _____ day of _____, I served a true copy of the within NOTICE OF HEARING ON OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN by [describe here mode of service]

on the following persons [set forth name and address of each person served] and/or as checked below:

[ ]     For ODD numbered Chapter 13 cases:           [ ]     For EVEN numbered Chapter 13 cases:
        THOMAS H. BILLINGSLEA, JR., TRUSTEE                   DAVID L. SKELTON, TRUSTEE
        530 "B" Street, Suite 1500                            525 "B" Street, Suite 1430
        San Diego, CA 92101                                   San Diego, CA 92101-4507

[ ]     Attorney for Debtor (or Debtor):

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____          _____
                  (Date)                                (Typed Name and Signature)

                                            _____
                                                          (Address)

                                            _____
                                                       (City, State, ZIP Code)

CSD 1173