# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | IGOR EVGENIEVITCH KOUZMINE & ELENA VLADIMIROVNA VEJENSKOVA |
| **Case Number:** | 09-19387-LT13    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 17, 2010 10:00 AM   DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | CONNIE MIHOS |

### *Matter:*

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN  FILED BY NICOLAS DALUISO OF ROBINSON TAIT, PS ON BEHALF OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE.

### *Appearances:*

THOMAS H. BILLINGSLEA, JR, TRUSTEE
LINDA S. KLINGER, ATTORNEY FOR ELENA V. & IGOR EVGENIEVITCH KOUZMINE
RAYMOND LEE, ATTORNEY FOR DEUTSCHE BANK NAT'L

### *Disposition:*

Hearing Continued to 5/26 at 11:00 D-2 for 341(a) mtg to be concluded.