Nicolas Daluiso, 163553
Joe Solseng, 262127
Robinson Tait, P.S.
710 Second Avenue, Suite 710
Seattle, WA 98104
Phone: 206-676-9640
Fax: 206-676-9659
Attorneys for Secured Creditor Deutsche
Bank National Trust Company, as Trustee
of the IndyMac INDX Mortgage Trust 2007-AR5,
Mortgage Pass-Through Certificates, Series
2007-AR5 under the Pooling and Servicing
Agreement dated March 1, 2007,

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
AT SAN DIEGO

| | |
|---|---|
| In Re:<br><br>IGOR EVENIEVITCH KOUZMINE and<br>ELENA VLADIMIROVNA VEJENSKOVA,<br><br>Debtors, | BANKRUPTCY NO. 09-19387-LT13<br><br>CHAPTER NO. 13<br><br>WITHDRAWAL OF OBJECTION TO<br>CONFIRMATION OF CHAPTER 13 PLAN |

The secured creditor, Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Trust 2007-AR5, Mortgage Pass-Through Certificates, Series 2007-AR5 under the Pooling and Servicing Agreement dated March 1, 2007 (hereinafter "Deutsche Bank") hereby withdraws its objection to confirmation of the debtors' Chapter 13 Plan. Deutsche Bank withdraws its objection based on receipt of the Amended Chapter 13 Plan dated March 17, 2010 This withdrawal is without waiver of secured creditor's rights under any motion for relief.

DATED this 18th day of March, 2010.

WITHDRAWAL OF OBJECTION TO
CONFIRMATION OF CHAPTER 13 PLAN - 1

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle, WA 98104
(206) 676-9640; (206) 676-9659 facsimile

| | |
|---|---|
| 1 | |
| 2 | /s/ Nicolas Daluiso |
| | Nicolas Daluiso, 163553 |
| 3 | Robinson Tait, P.S. |
| | Attorneys For Deutsche Bank National Trust |
| 4 | Company, as Trustee of the IndyMac INDX |
| | Mortgage Trust 2007-AR5, Mortgage Pass-Through |
| 5 | Certificates, Series 2007-AR5 under the Pooling |
| | and Servicing Agreement dated March 1, 2007 and |
| 6 | its successors and assigns |

WITHDRAWAL OF OBJECTION TO
CONFIRMATION OF CHAPTER 13 PLAN - 2

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle, WA 98104
(206) 676-9640; (206) 676-9659 facsimile

**3**

1  NICOLAS DALUISO, #163553
   JOE SOLSENG, #262127
2  Robinson Tait, P.S.
   710 Second Ave, Suite 710
3  Seattle, WA 98104
   Phone: (206) 676-9640
4  Facsimile: (206) 676-9659

5

6  Attorneys for Secured Creditor Deutsche
   Bank National Trust Company, as Trustee
7  of the IndyMac INDX Mortgage Trust 2007-AR5,
    Mortgage Pass-Through Certificates, Series
8  2007-AR5 under the Pooling and Servicing
   Agreement dated March 1, 2007,

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## SAN DIEGO DIVISION

| | |
|---|---|
| In re | Bankruptcy Case No. 09-19387-LT13 |
| IGOR EVENIEVITCH KOUZMINE and ELENA VLADIMIROVNA VEJENSKOVA, | RS No. ND-1 |
| Debtors. | Chapter 13 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR5 UNDER THE POOLING AND SERVICING AGREEMENT DATED MARCH 1, 2007, | |
| Movant, | |
| vs. | |
| IGOR EVENIEVITCH KOUZMINE and ELENA VLADIMIROVNA VEJENSKOVA, Debtors, and John W. Richardson, Trustee, | |
| Respondents. | |

## PROOF OF SERVICE

I, TAYLOR NEWBOLD, declare:

1

1. I am a paralegal employed by the law firm of ROBINSON TAIT, P.S., in the County of King, State of Washington. I am over the age of eighteen and not a party to the within action; my business address is: 710 Second Avenue, Suite 710, Seattle, WA, 98104. I have first hand personal knowledge of the facts set forth below and if called upon to testify, I could and would do so competently and truthfully.

2. On March 18, 2010, I served the following document described as:

- **WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Seattle, Washington, addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 18, 2010, at Seattle, Washington.

*/s/ Taylor Newbold*
TAYLOR NEWBOLD

2

**SERVICE LIST**
**IGOR EVENIEVITCH KOUZMINE**
**ELENA VLADIMIROVNA VEJENSKOVA**
**CASE NO. 09-19387-LT13**

---

**DEBTOR:**
IGOR EVENIEVITCH KOUZMINE
ELENA VLADIMIROVNA VEJENSKOVA
548 Crestwood Dr.
Oceanside, CA 92058


**DEBTOR'S ATTORNEY:**
Linda S. Klinger
Klinger Law Center
3456 Camino Del Rio N.
Suite 208
San Diego, CA 92108

**CHAPTER 13 TRUSTEE:**
Thomas H. Billingslea
530 B Street, Ste 1500
San Diego, CA 92101

**OFFICE OF THE U.S. TRUSTEE:**
United States Trustee
411 W Fourth St, Ste 9041
Santa Ana, CA 92701-4593