TENTATIVE RULING

Debtor:     IGOR EVGENIEVITCH KOUZMINE & ELENA VLADIMIROVNA VEJENSKOVA
Number:    09-19387

Hearing:    03:00 PM  Tuesday, April 20, 2010

Motion:    DEBTOR'S MOTION FOR VALUATION OF RESIDENCE AND AVOIDANCE OF JUNIOR TRUST DEED HELD BY CITIFINANCIAL

The Certificate of Service indicates that only the Notice of Motion and Hearing was served.  Movant is also required to serve the underlying pleadings.

This case is **continued to 5/25/10 at 3:00 p.m, Dept. #4**, for proper service to be established, whether by an Amended Certificate of Service if the underlying pleadings were timely served, or by new, correct service under Rule 7004 of the appropriate pleadings, whether under 7004(b)(3) or (h), as required.